```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
DANIEL HERRICK,                                                  :
                                                                 :
                                Plaintiff,                       :
                                                                 :      19-cv-11353 (LJL)
        -v-                                                      :
                                                                 :          ORDER
VERY FETCHING COMPANY, INC. and SARAH                            :
JESSICA PARKER,                                                  :
                                                                 :
                                Defendants.                      :
                                                                 X
-------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. It is hereby:

    ORDERED that the Initial Pretrial Conference previously scheduled for February 10, 2020 shall take place on that date. Rather than 11:00 a.m., it shall proceed at 11:15 a.m. and it shall take place in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that, by February 7, 2020 at 5:00 p.m., the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

    Counsel for Plaintiff is ordered to notify all counsel of this Notice.

    SO ORDERED.

Dated: February 4, 2020
       New York, New York
                                                        LEWIS J. LIMAN
                                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2020