UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
DANIEL HERRICK,

                        Plaintiff,

    -v-                                            19-cv-11353 (LJL)

VERY FETCHING COMPANY, INC. and SARAH            ORDER
JESSICA PARKER,

                        Defendants.
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Defendants are hereby ORDERED to submit a letter-motion with respect to cost bonding, not to exceed two pages, by February 14 at 5:00 p.m. Plaintiff shall submit any opposition, not to exceed two pages, by February 17 at 5:00 p.m.

    SO ORDERED.

Dated: February 10, 2020
       New York, New York
                                                LEWIS J. LIMAN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020