UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
DANIEL HERRICK,

                Plaintiff,

     -v-

VERY FETCHING COMPANY, INC. and SARAH
JESSICA PARKER,

                Defendants.
------------------------------------------------------------------X

19-cv-11353 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2020

LEWIS J. LIMAN, United States District Judge:

     Pending further order from the Court, discovery in this case (including depositions) is STAYED except for the following limited document discovery, which is due on March 3, 2020. Defendants shall produce, to Plaintiff, documentation that the photo in question was posted for only twenty-four hours and produced, at most, two sales. Plaintiff shall produce, to Defendants, copies of records sufficient to show the royalty paid the last three times the picture that is at issue in this case was licensed, as well as the number of times the picture was licensed in the last five years; if the picture at issue has never been licensed, Plaintiff must expressly certify that fact to Defendants as part of Plaintiff's production.

     IT IS FURTHER ORDERED that the parties shall convene for a status conference on March 23, 2020 at 10:00 a.m.

     SO ORDERED.

Dated: February 14, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                            United States District Judge