```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DANIEL HERRICK,                                                   :
                                                                  :
                           Plaintiff,                             :
                                                                  :     19-cv-11353 (LJL)
         -v-                                                      :
                                                                  :     ORDER OF REFERRAL TO
VERY FETCHING COMPANY, INC. and SARAH                             :     A MAGISTRATE JUDGE
JESSICA PARKER,                                                   :
                                                                  :
                           Defendants.                            :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   As discussed at the status conference today, with consent of the parties, this case will be referred to Magistrate Judge Fox for settlement.

   IT IS HEREBY ORDERED that a status conference is set for June 29, 2020 at 10:00 a.m. It will proceed telephonically; the parties are directed to all (888) 251-2909 and use access code 2123101. No later than one week prior to conference, the parties shall jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.

   IT IS FURTHER ORDERED that all discovery in the case is stayed until the above-referenced status conference.


   SO ORDERED.

Dated: April 27, 2020                          _____
       New York, New York                              LEWIS J. LIMAN
                                                    United States District Judge