

Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

June 22, 2020

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Herrick v. Very Fetching Company, Inc. et al. (1:19-cv-11353-LJL)*

Dear Judge Liman,

We represent Plaintiff, Daniel Herrick, in the above in-captioned case. The parties have a scheduled settlement conference on July 16, 2020 with Magistrate Judge Fox. The parties respectfully request that the status conference scheduled for June 29, 2020 be adjourned until after the settlement conference.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Daniel Herrick*

Application GRANTED. The status conference previously set for June 29, 2020 is ADJOURNED to July 24, 2020 at 10:30 a.m. It will proceed telephonically. The parties are directed to call (888) 251-2909 and use access code 2123101.

6/22/2020

LEWIS J. LIMAN
United States District Judge