UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANIEL HERRICK,                                            :
                                                           :
              Plaintiff,               :        **ORDER**
                                                           :
    -against-                                             :        19-CV-11353 (LJL) (KNF)
                                                           :
VERY FETCHING COMPANY, INC. and SARAH
JESSICA PARKER,                     :
                                                           :
             Defendants.              :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the settlement conference originally scheduled for July 16, 2020, shall be held on September 24, 2020, at 2:30 p.m.  The conference will be held by telephone.  The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.  At least seven days prior to the settlement conference, the parties must confer to engage in good-faith settlement negotiations. Should the parties resolve the litigation prior to the conference date, they must notify the undersigned, in writing, expeditiously.

Dated:  New York, New York
        July 24, 2020                                SO ORDERED:

                                                                           */s/ Kevin Nathaniel Fox*
                                                                      KEVIN NATHANIEL FOX
                                                                      UNITED STATES MAGISTRATE JUDGE